UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
BLAKE WINGATE,

                Plaintiff,

        -against-                            05 Civ. 1872 (LAK)

CORRECTION OFFICER GIVES, et al.,

                Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The report and recommendation of Magistrate Judge Freeman (DI 89), to which no objection has been filed, is adopted by the Court.

        SO ORDERED.

Dated:      July 2, 2008

                                                Lewis A. Kaplan
                                       United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08